```
              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


ROGER BERRY,                    *

        Petitioner,             *

vs.                             *
                                       CASE NO. 4:12-CV-25 (CDL)
UNITED STATES OF AMERICA,       *

        Respondent.             *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October, 23, 2012, is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 20th day of November, 2012.

```
                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE
```